767 S.E.2d 202

**The STATE, Respondent,**

v.

**Demetrius PRICE, Petitioner.**

**Appellate Case No. 2012–213426.**

**No. 27470.**

Supreme Court of South Carolina.

Heard Nov. 20, 2014.

Decided Dec. 23, 2014.

Appellate Defender Kathrine Haggard Hudgins, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson, Assistant Attorney General Mark Reynolds Farthing, Chief Deputy Attorney General John W. McIntosh, and Senior Assistant Deputy Attorney General Salley W. Elliott, all of Columbia, for Respondent.

PER CURIAM.

We granted certiorari to review the Court of Appeals' decision in *State v. Price*, 400 S.C. 110, 732 S.E.2d 652 (Ct.App.2012). After careful consideration of the briefs, record, and appendix, the writ of certiorari is

**DISMISSED AS IMPROVIDENTLY GRANTED.**

PLEICONES, Acting Chief Justice, BEATTY, HEARN, JJ., Acting Justice James E. Moore and Acting Justice Paul M. Burch, concur.